IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIE JONES, | ) | |
| | ) | 8:05CV0149 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY CORRECTIONS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 21, the motion for leave to proceed in forma pauperis ("IFP"), filed by the plaintiff. In filing no. 21, the plaintiff requests leave to proceed in forma pauperis in this case. After review of the record, it appears that the court already granted the plaintiff leave to proceed in forma pauperis in filing no. 6. Therefore, filing no. 21 is denied as moot.

    SO ORDERED.

    DATED this 21st day of July 2005.

                        BY THE COURT:

                        s/F.A. GOSSETT
                        United States Magistrate Judge